**STATE of Missouri, Respondent,**

v.

**Steven BENNETT, Jr., Appellant.**

**No. WD 36197.**

Missouri Court of Appeals, Western District.

July 9, 1985.

Jeffrey K. Rath, Columbia, for appellant.

William L. Webster, Atty. Gen., and Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and DIXON and KENNEDY, JJ.

### ORDER

PER CURIAM:

Appeal from jury trial conviction of sexual assault in the first degree, § 566.100.-1(2), RSMo 1978, and sentence of four years' imprisonment.

Affirmed. Rule 30.25(b).